IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02087-LTB

KYLE LEE HOUSTON,

    Applicant,

v.

C.D.O.C. RICK RAEMISCH, and
COLO. PAROLE DIR. BRANDON SHAFFER,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Christine M. Arguello, District Judge, on October 29, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 30 day of October, 2015.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/A. Thomas
            Deputy Clerk